# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

RECEIVED
FEB 07 2022
BY MAIL

Ronnie Allen #1130034 )
)
)
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )
)
v. )
)
Missouri Department of Corrections )
Board of Probation And Parole )
)
)
)
*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☐ Yes    ☑ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Ronnie Allen

Other names you have used: _____

Prisoner Registration Number: 1130034

Current Institution:

Potosi Correctional Center

Indicate your prisoner status:

- [ ] Pretrial detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Missouri Department of Corrections Board of Probation And Parole

Job or Title: Missouri Department of Corrections Board of Probation And Parole

Badge/Shield Number: NA

Employer: N/A

Address: 2729 Plaza Drive   P.O. Box 236 Jefferson City, Mo 65102

_____ Individual Capacity        __✓__ Official Capacity

2

**Defendant 2**

Name: ____N/A_____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

☐ Individual Capacity       ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Missouri Department of Corrections Board of Probation and Parole, has knowingly, willingly, and maliciously, violated Plaintiffs Eight Ammendment right to be free from cruel and unuasual punishment by putting Plaintiffs life in danger by means of denying plaintiff immediate parole or house arrest. Deffendants recommended on April 6, 2006 that Plantiff serve 10 or 15 years Max for Plaintiff current offense. Plaintiff was later sentenced to 20 years and has now served 16 years 8 months. Deffendant's are aware of the fact that Plaintiff is eligible for Parole or house arrest immediately. Reguardless of Defendants knowledge of Plaintiffs Parole eligibility Defendants scheduled Plaintiffs Parole date for 8-18-2022. Defendants are aware that this is Plaintiff first time in Prison and that Plaintiff has been incarcerated since the age of 17. Defendants are aware that Plaintiff is a middle aged African American who Suffers from

Asthma. Putting him at an increased risk of catching the Corona Virus. Plaintiff is housed in a state correctional facility that has been so affected by the Corona Pandemic that transfers from facility to facility have been deemed inappropriate, unsafe, and were ultimately canceled. All of these hightened risk of contracting the Corona Virus, in correlation of the fact that it is virtually impossible to social distance within the confines of the Department of Corrections makes the Plaintiffs continued incarceration inappropriate and further violates his right to be free from cruel and unusual punishment. Defendant's are aware of Plaintiff's complaints of poor prison conditions as well as grievances of retaliation from Missouri Department of Corrections staff. Defendants are aware of Plaintiffs Settlement against Missouri Department of Corrections staff and engage in retaliation against Plaintiff by refusing to grant Plaintiffs immediate parole or house arrest by using the excuse on 1-11-22 "Releasing Plaintiff at this time would depreciate the seriousness of the present offense" despite the fact that defendants know that the offense Plaintiff is serving is 2nd degree murder because his co-defendant took someones life during a crime he and his co-defendant commited while Plaintiff was a juvenile. Futhermore defendants recommended 4-6-06 that Plaintiff serve 10-15 years max, and Plaintiff has now served 16 years and 8 months, And Plaintiff began eligible for Parole Aug, 29, 21. The fact that the defendants deny immediate parole or house arrest and are aware of Plaintiff's hightened risk of contracting Corona Virus violates his Eight Amendment right by Plaintiff being deliberately indifferent to his medical condition which could result in loss of life when combined with the Corona Pandemic.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff, as a result of the above stated complaints has suffered anxiety disorder, mental anguish and depression. Medication treatment and therapy.

4

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I would like the Court to grant Plantiff a injunction. To order the Defendant(s) to Place Plantiff on house arrest untill Plantiff Parole date. ((8-18-22)) or order defendants to grant Plantiff immediate Parole. or other resolutions which may be deemed appropriate.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        [✓] Yes      [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Potosi Correctional center

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        [✓] Yes      [ ] No      [ ] Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        [ ] Yes      [ ] No      [✓] Do not know

5

If yes, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes   ☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

   N/A

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

   N/A

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

Plaintiff "I" was notified by defendants that there Decision is not Subject to Appeal.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Was told this Decision is not subject to appeal.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



N/A

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes   ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes   ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff  N/A

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number   N/A

4. Name of Judge assigned to your case _____

8

5. Approximate date of filing lawsuit ___N/A___

6. Is the case still pending?

   ☐ Yes

   ☐ No (If no, give the approximate date of disposition): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes     ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below: (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff __Ronnie Allen #1130034__

   Defendant(s) __Charles Wilson, Gregory Hancock__

2. Court (if federal court, name the district; if state court, name the state and county)
   __Eastern District__

3. Docket or case number __information not available at this time__

4. Name of Judge assigned to your case __information not available at this time__

5. Approximate date of filing lawsuit __information not available at this time__

6. Is the case still pending?

☐ Yes

☑ No *(If no, give the approximate date of disposition):* Dec, 2nd, 2019

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

Settlement was reached.

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of February, 20 22.

Signature of Plaintiff   Rannie Allen